# EXHIBIT 1

**U.S. Department Labor**
**Employment and Training Administration**

OMB Control No. 1205-0134
Expiration Date: March 31, 2019

**Agricultural and Food Processing Clearance Order ETA Form 790**
**Orden de Empleo para Obreros/Trabajadores Agrícolas y Procesamiento de Alimentos**

(Print or type in each field block – To include additional information, go to block # 28 – Please follow Step-By-Step Instructions)
(Favor de usar letra de molde en la solicitud – Para incluir información adicional vea el punto # 28 – Favor de seguir las instrucciones paso-a-paso)

| | |
|---|---|
| 1. Employer's and/or Agent's Name and Address (Number, Street, City, State and Zip Code / Nombre y Dirección del Empleador/Patrón y/o Agente (Número, Calle, Ciudad, Estado y Código Postal ): | **Nos. 4 through 8 for STATE USE ONLY**<br>**Números 4 a 8 para USO ESTATAL** |

Pride Harvesting, LLC
729 Peacock Ave, Lehigh Acres
FL 33974

a) Federal Employer Identification Number (FEIN) / Número federal de Identificación del Empleador:

b) Telephone Number / Número de Teléfono:
(239) 872-3429

c) Fax Number / Número de Fax:
662-393-4284

d) E-mail Address / Dirección de Correo Electrónico:
tforrester@h2acomplete.com / rayozuna@prideharvestingllc.com

4. SOC (O*NET/OES) Occupational Code / Código Industrial:
Farmworkers & Laborers

a. SOC (ONET/OES) Occupational Title / Título Ocupacional
45-2092-02

5. Job Order No. / Num. de Orden de Empleo:

*205 0224 434*

6. Address of Order Holding Office (include Telephone number) / Dirección de la Oficina donde se radicó la oferta ( 148 A. Y. Int'l Blvd. # 450
Atlanta, GA 30303

a. Name of Local Office Representative (include direct dial telephone number) / Nombre del Representante de la Oficina Local (Incluya el número de teléfono de su línea dir  Agriculture Services
404-232-3500

2. Address and Directions to Work Site / Domicilio y Direcciones al lugar de trabajo:
144 Inman Street Sumner, GA 31789
839 Hogan Road, Sumner, GA 31789
Ball Rd, Pineview, GA 31071
Holland Wilson Rd. Abbeville, GA 31001
Co Rd 54, Pineview, GA 31071
681 Abbeville Highway, Hawkinsville, GA 31036
Pulaski County, Worth County, Wilcox County,
See attachment #2 Ver Anexo #2
This itinerary is subject to change without notice due to, but not limited to the following: Crop, weather conditions, disease factors, maturation of the crop, availability of labor, scheduling of delivery orders for packing houses, and market conditions.

7. Clearance Order Issue Date / Fecha de Emisión de la Orden de Empleo:
*8-19-18*

8. Job Order Expiration Date / Fecha de Vencimiento o Expiración de la Orden de Empleo:
*5-24-18*

9. Anticipated Period of Employment / Período anticipado o previsto de Empleo:
From / Desde: 04/15/2018    To / Hasta: 07/04/2018

10. Number of Workers Requested / Número de Trabajadores Solicitados:
132

3. Address and Directions to Housing / Domicilio y Direcciones al lugar de vivienda:

104 Chula Brookfield Road, Chula, GA 31733

Gas, electricity, heat are provided, furniture, eating and cooking utensils are also provided. Family housing is not available and is not a prevailing practice in the area of intended employment.
Gas, electricidad,el calor se proporcionara. Muebles, comida y utensillos de cocinar tambien se proporcionara. Las vivienda familiars no esta disponible y no es una practica que prevalence en el ambito delempleo.
Commuting workers who do not reside in employers supplied housing should report to this address
Trabajadores que viajan al trabajo que no viven en laa vivendo proporcionada del empleador debera reporter a esta direccion

See attachment #3
Ver anexo #3

a) Description of Housing / Descripción de la vivienda:

Motel

11. Anticipated Hours of Work per Week / Horas Anticipadas/Previstas de Trabajo por Semana. Total: 35

| | | | |
|---|---|---|---|
| Sunday / Domingo | 0 | Thursday /Jueves | 6 |
| Monday / Lunes | 6 | Friday / Viernes | 6 |
| Tuesday / Martes | 6 | Saturday / Sábado | 5 |
| Wednesday / Miércoles | 6 | | |

12. Anticipated range of hours for different seasonal activities: / Rango previsto de horas par alas diferentes actividades de la temporada:
Mon-Fri:7a.m.-1pm Squash/Zucchini/Vegetables/Watermelon
Sat-7a.m.-12p.m. Squash/Zucchini/Vegetables/Watermelon

13. Collect Calls Accepted from: / Aceptan Llamadas por Cobrar de:

Employer / Empleador:    Yes / Si ☐    No ☒

RECEIVED
Georgia Dept of Labor

FEB 1 3 2018

Alien Labor Certification
Workforce Solutions

14. Describe how the employer intends to provide either 3 meals a day to each worker or furnish free and convenient cooking and kitchen facilities for workers to prepare meals / Describa cómo el empleador tiene la intención de ofrecer, ya sea 3 comidas al día a cada trabajador, o proporcionar gratuitamente instalaciones para cocinar.

The employer will offer three meals per day (breakfast, lunch, dinner) and will charge the workers up to $12.07 per day, subject to change with the publication of new rates by the Office of Foreign Labor Certification in the Federal Register. Extra food will be available to purchase by the workers at their expense if they choose to do so. Free transportation in an approved vehicle will be provided at lease once each week for the workers to purchase non perishable food items at a grocery store.

El empleador proporcionara tres comidas diarias (desayuno, almuerzo,cena) y se cabrara a los trabajadores esta $12.07 dolares por dia, con sujecion a cambiar con la publicacion de lastarifas de prensa por la Oficina de Relaciones del Trabajo de Certificacion en el Resistro Federal. Comidaextra estara disponible para la comprade los trabajadores a su cargo si lo quieren. Transporte gratuito en un vehiculo abrobado sera proporcionado al menos una vez cada semana por los trabajadores para comprar los alimentos en un supermercado

15. Referral Instructions and Hiring Information / Instrucciones sobre cómo Referir Candidatos/Solicitantes - (Explain how applicants are to be hired or referred, and the Employer's/Agent's available hour to interview workers / Explique cómo los candidatos serán contratados o referidos, y las horas disponibles del empleador/agente para entrevistar a los trabajadores). See instructions for more details / Vea las instrucciones para más detalles.

All referrals must submit an application or resume can be sent to the employer for a telephone interview. Telephone interviews for this work will be scheduled from 10 a.m. to 4 p.m. Central, Monday – Thursday @ 239-872-3429, ask for Ray.

Resumes and applications can be faxed to 662-393-4284. Prior to referral, each worker should either read or have read to them a copy of the Job Offer and that they understand all terms and conditions of employment as noted in the order. All workers should also be advised that they will be expected to work for the total period of employment as noted in the Job Offer and should be available to work in any one of the listed job activities at the discretion of the employer.

Applicants must be 18 years or older.

This employer may participate in the E-Verify Program.

Workers should bring with them original documentation of Identity and employment eligibility documents (original documentation), sufficient to complete the I-9 form.

A copy of the work contract or a copy of the ETA 790 in lieu of a work contract, and any modification, will be provided to the worker on the day the work commences.


Todas las remisiones deben enviar una aplicación o reanudar puede ser enviado al empleador durante una entrevista telefónica. Las entrevistas telefónicas para este trabajo se ha programado desde las 10 a.m. hasta las 4 p.m. , de Lunes a Jueves @ 239-872-3429, preguntar por Ray.

Se reanuda y las solicitudes se pueden enviar por fax al 662-393-4284. Antes de la remisión, cada trabajador debe leer o que se les ha leído una copia de la oferta de empleo y que entiendan todos los términos y condiciones de empleo como en la orden. Todos los trabajadores deben ser también informó de que se espera de ellos trabajan para el período total de empleo como se ha indicado en la oferta de empleo, que deberá estar disponible para trabajar en cualquier uno de los listados de las actividades de la discreción de la empresa.

Los solicitantes deben ser mayores de 18 años

Este empleador puede ser un participante de el programa de E-verify

Los trabajadores deben llevar la documentación original de los documentos de identidad y elegibilidad de empleo (documentos originales solamente), suficiente para llenar el formulario I-9.

Una copia del contrato de trabajo o una copia de la ETA 790, en lugar de un contrato de trabajo, y sus modificaciones, se proporcionará al trabajador el día en que comiencen los trabajos.


16  Job description and requirements / Descripción y requisitos del trabajo:

Workers will perform assigned duties as instructed by their supervisor. May be expected to participate in grading, sorting, loading, use of mechanical harvesting, cultivating and planting equipment. Duties may vary from time to time. Field picking and packing. May drive tractor. Three (3) months of experience needed in field equipment operation.

Los trabajadores realizaran tareas que se les asignen conforme a las instrucciones de su supervisor. El empleado tendra que trabajar en la clasificación de carga y descarga asi como el uso de maquinas de recolección, cultivar y equipos de siembra. Las funciones puede variar de vez en cuando. Recoleccion y empaque de la cosecha. Puede conducir el tractor. Tres 3 meses de experiencia en operación de equipos

See attachment #16
Ver anexo #16

1.  Is previous work experience preferred? / Se prefiere previa experiencia?  Yes / Si ■   No ☐   If yes, number of months preferred: / Si es así, numero de meses de experiencia: __3 months commercial experience in field equipment operation on a licensed farm.,____


2.  Check all requirements that apply:

☐ Certification/License Requirements / Certificación/Licencia Requisitos
☐ Driver Requirements / Requisitos del conductor
■ Employer Will Train / Empleador entrenará o adiestrará
☐ Extensive Sitting / Estar sentado largos ratos
■ Exposure to Extreme Temp. / Expuesto a Temperaturas Extremas
■ Lifting requirement / Levantar o Cargar  _5-60 lbs./libras
■ Repetitive Movements / Movimientos repetitivos

■ Criminal Background Check / Verificación de antecedentes penales
☐ Drug Screen / Detección de Drogas
■ Extensive Pushing and Pulling / Empujar y Jalar Extensamente
■ Extensive Walking / Caminar por largos ratos
■ Frequent Stooping / Inclinándose o agachándose con frecuencia
☐ OT/Holiday is not mandatory / Horas Extras (sobre tiempo) / Días Feriados no obligatorio

**17. Wage Rates, Special Pay Information and Deductions / Tarifa de Pago, Información Sobre Pagos Especiales y Deducciones (Rebajas)**

| Crop Activities / Cultivos | Hourly Wage / Salario por Hora | Piece Rate / Unit(s) / Pago por Pieza / Unidad(es) | Special Pay (bonus, etc.) / Pagos Especiales (Bono, etc.) | Deductions* / Deducciones | Yes/Sí | No | Pay Period / Periodo de Pago / _/_ |
|---|---|---|---|---|---|---|---|
| Squash/Zucchini | $ 10.95 | $2.00 /Box | None/Ninguno | Social Security / Seguro Social | ■ | ☐ | Weekly / Semanal |
| Okra, Bell Pepper, Eggplant | $ 10.95 $10.95 | $1.50/Box $1.50/Box | None/Ninguno | Federal Tax / Impuestos Federales | ■ | ☐ | ■ |
| Pickles and Jalapenos Butterbeans/Peas | $10.95 $10.95 | $3.00/box $0.00 | None/Ninguno None/Ninguno | State Tax /Impuestos Estatales | ■ | ☐ | Bi-weekly/ Quincenal |
| General Labor | $10.95 | $0.00 | None/Ninguno | Meals / Comidas | ■ | ☐ | ☐ |
| Farm Equipment Packing House | $10.95 $10.95 | $0.000 $0.00 | None/Ninguno None/Ninguno | Other (specify) / Otro (especifica) | ■ | ☐ | Monthly/Mensual ☐ |

Workers will be paid a piece rate of $35.00 per bus to cut watermelons. In order to meet the production standards listed in the application a worker will pick and pack an average of 1.88 buses per hour by the end of the probationary period.
Workers will be paid a piece rate of $100.00 per bus to load/unload and pack watermelon. In order to meet the production standard listed in the application a worker will average 1.09 buses per hour by the end of the probationary period.

Other/Otro ☐

**18. More Details About the Pay / Mas Detalles Sobre el Pago:**

Workers - Will be paid a piece rate of $ 2.00 per box to pick and pack **squash and zucchini** In order to meet the production standards listed in this application a worker will pick and pack an average of 5.48 boxes per hour by the end of the probationary period.

Workers- Will be paid a piece rate of $3.00 per box to pick and pack **Jalapenos and pickles** in order to meet the production standards listed in this application a worker will pick and pack an average of 3.65 boxes per hour by the end of the probationary period.

Workers will be paid a piece rate of $1.50 per box to pick and pack **Okra, bell pepper and eggplant.** In order to meet the production standards listed in this application a worker Will pick and pack an average of 7.29 boxes per hour by the end of the probationary period.

1st Week 35 hour X $ 10.95= $ 383.25
See attachment #18
Ver Anexo #18

"if the worker is paid on a piece rate basis and at the end of the pay period the piece rate does not result in average hourly piece rate earnings during the pay period at least equal to the amount the worker would have earned had the worker been paid at the appropriate hourly rate, (i) The worker's pay must be supplemented at that time so that the worker's earnings are at least as much as the worker would have earned during the pay period if the worker had instead been paid at the appropriate hourly wage rate for each hour worked.".



19. Transportation Arrangements / Arreglos de Transportación

We will reimburse the worker for transportation cost and subsistence to the employers work site from the place of recruitment upon completion of 50 percent of the contract period. Subject to change with the publication of new rates by the Office of Foreign Labor Certification in the Federal Register. Workers who provide receipts for meals and non-alcoholic beverages in excess of $12.07 will be reimbursed up to the maximum amount of $51.00 per 24-hour period of travel. Free transportation will be provided from the housing to the work site and return to housing each day. Free transportation will be provided to grocery and laundry (1) one time each week. All transportation will meet State, Local and Federal and local requirements regarding insurance and W/C regulations and all are DOT inspected. If the worker completes the work contract period, or if the employee is terminated without cause, and the worker has no immediate subsequent H-2A employment, the employer must provide or pay for the worker's transportation and daily subsistence from the place of employment to the place from which the worker, disregarding intervening employment, departed to work for the employer. If the worker has contracted with a subsequent employer who has agreed in such work contract to provide or pay for the workers transportation and daily subsistence expenses from the employer's worksite to such subsequent employer's worksite, the subsequent employer must provide or pay for such expenses. The employer is not relieved of its obligation to provide or pay for return transportation and subsistence if an H2A worker is displaced as a result of the employer's compliance with the 50 percent rule as described in sec. 655.135(d) of this subpart with respect to the referrals made after the employer's date of need. Transportation will be offered to US Domestic workers, at no cost, from the employer provided living quarter, or a designated reporting site to the work site and return each day. An Agent will conduct a safety meeting covering emergencies, breakdowns and accidents, workers will be given the name and telephone number of who to contact when such events occur.

Se le reembolsará al trabajador los gastos de transporte y subsistencia a el sitio de empleo desde el lugar de contratación al finalizar el 50 por ciento del periodo de contrato. Sujeto a cambios con la publicación de nuevas tarifas por la oficina de certificación de mano de obra extranjera en el Registro Federal. A los trabajadores se les proporcionara ingresos para las comidas y bebidas no alcohólicas que excedan de $12.07 le reembolsará hasta el monto máximo de $51.00 por un periodo de 24 horas de viaje. Transporte gratuito se proporcionará, de la vivienda al sitio de trabajo. Transporte gratuito será proporcionada a la tienda de abarrotes y lavandería (1) una vez cada semana. Todo el transporte reunirá requisitos estatales, locales y federales y locales acerca de las regulaciones de seguros y W/C y todos son inspeccionados. Si el trabajador termina el periodo de contrato de trabajo, o si el empleado se rescinda sin causa, y el trabajador no tiene i empleo de H-2A inmediatamente, el empleador debe proporcionar o pagar para el transporte y la subsistencia cotidiana desde el lugar de trabajo al lugar de donde viene el trabajador, sin tener en cuenta que empleo, salió a trabajar para el empleador del trabajador. Si el trabajador tiene un contrato con un empleador posterior que ha acordado en dicho contrato de trabajo a proporcionar o pagar por el transporte de los trabajadores y gastos diarios de la subsistencia del lugar de trabajo del empleador a lugar de trabajo de tal empleador posterior, el empleador posterior debe proporcionar o pagar por dichos gastos. El empleador no es relevado de su obligación de proporcionar o pagar por transporte de retorno y de subsistencia si un trabajador de H2A es desplazado como resultado de la conformidad del empleador con la regla del 50 por ciento como se describe en 655.135(d) de segundos de esta subparte, con respecto a las remisiones hechas después fecha del empleador de necesidad. Se ofrecerá transporte a los trabajadores domesticos, sin costo, el empleador siempre proveerá vivienda, o un sitio información designado para el sitio de trabajo y regreso cada día un agente llevará a cabo una reunión de seguridad que cubre las emergencias, descomposturas y accidentes, a los trabajadores se les dará el nombre y número telefónico de quién contactar cuando se producen este tipo de eventos.

---

20. Is it the prevailing practice to use Farm Labor Contractors (FLC) to recruit, supervise, transport, house, and/or pay workers for this (these) crop activity (ies)? / ¿Es la práctica habitual usar Contratistas de Trabajo Agrícola para reclutar, supervisar, transportar, dar vivienda, y/o pagarle a los trabajadores para este(os) tipo(s) de cosecha(s)?    Yes / Si ☐    No ■

If you have checked yes, what is the FLC wage for each activity? / Si contestó "Si," cuál es el salario que le paga al Contratista de Trabajo Agrícola por cada actividad?

---

21. Are workers covered for Unemployment Insurance? / ¿Se le proporcionan Seguro de Desempleo a los trabajadores?    Yes/Si ■    No ☐

22. Are workers covered by workers' compensation? / ¿Se le provee seguro de compensación/indemnización al trabajador:    Yes/Si ■    No ☐

23. Are tools, supplies, and equipment provided at no charge to the workers? / ¿Se les proveen herramientas y equipos sin costo alguno a los trabajadores?

Yes/Si ■    No ☐

24. List any arrangements which have been made with establishment owners or agents for the payment of a commission or other benefits for sales made to workers. (If there are no such arrangements, enter "None".) / Enumere todos los acuerdos o convenios hechos con los propietarios del establecimiento o sus agentes para el pago de una comisión u otros beneficios por ventas hechas a los trabajadores. (Si no hay ningún acuerdo o convenio, indique "Ninguno".)
None/Ninguno

25. List any strike, work stoppage, slowdown, or interruption of operation by the employees at the place where the workers will be employed. (If there are no such incidents, enter "None".) / Enumere toda huelga, paro o interrupción de operaciones de trabajo por parte de los empleados en el lugar de empleo. (Si no hay incidentes de este tipo, indique "Ninguno".)
None/Ninguno

26. Is this job order to be placed in connection with a future Application for Temporary Employment Certification for H-2A workers? / ¿Esta orden de empleo ha sido puesta en conexión con una futura solicitud de certificación de empleo temporal para trabajadores H-2A?

Yes/Sí ■    No ☐

27. Employer's Certification: This job order describes the actual terms and conditions of the employment being offered by me and contains all the material terms and conditions of the job. / Certificación del Empleador: Esta orden de trabajo describe los términos y condiciones del empleo que se le ofrece, y contiene todos los términos y condiciones materiales ofrecidos.

Ray Ozuna                    Owner
Employer's Printed Name & Title / Nombre y Título en Letra de Molde/Imprenta del Empleador

[signature]                    02/12/2018
Employer's Signature / Firma y Título del Empleador         Date / Fecha

READ CAREFULLY, In view of the statutorily established basic function of the Employment Service as a no-fee labor exchange, that is, as a forum for bringing together employers and job seekers, neither the Employment and Training Administration (ETA) nor the State agencies are guarantors of the accuracy or truthfulness of information contained on job orders submitted by employers. Nor does any job order accepted or recruited upon by the American Job Center constitute a contractual job offer to which the American Job Center, ETA or a State agency is in any way a party.

LEA CON CUIDADO, En vista de la función básica del Servicio de Empleo establecida por ley, como una entidad de intercambio laboral sin comisiones, es decir, como un foro para reunir a los empleadores y los solicitantes de empleo, ni ETA ni las agencias del estado pueden garantizar la exactitud o veracidad de la información contenida en las órdenes de trabajo sometidas por los empleadores. Ni ninguna orden de trabajo aceptado o contratado en el Centro de Carreras (American Job Center) constituyen una oferta de trabajo contractuales a las que el American Job Center, ETA o un organismo estatal es de ninguna manera una de las partes.

PUBLIC BURDEN STATEMENT
The public reporting burden for responding to ETA Form 790, which is required to obtain or retain benefits (44 USC 3501), is estimated to be approximately 50 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and reviewing the collection. The public need not respond to this collection of information unless it displays a currently valid OMB Control Number. This is public information and there is no expectation of confidentiality. Send comments regarding this burden estimate or any other aspect of this collection, including suggestions for reducing this burden, to the U.S. Department of Labor, Employment and Training Administration, Office of Workforce Investment, Room C-4510, 200 Constitution Avenue, NW, Washington, DC 20210.

DECLARACION DE CARGA PÚBLICA
La carga de información pública para responder a la Forma ETA 790, que se requiere para obtener o retener beneficios (44 USC 3501), se estima en aproximadamente 60 minutos por respuesta, incluyendo el tiempo para revisar las instrucciones, buscar fuentes de datos existentes, recopilar y revisar la colección. El público no tiene por qué responder a esta recopilación de información a menos que muestre un número de control OMB válido. Esta información es pública y no hay ninguna expectativa de confidencialidad. Envíe sus comentarios acerca de esta carga o cualquier otro aspecto de esta colección, incluyendo sugerencias para reducir esta carga, al U.S. Department of Labor, Employment and Training Administration, Office of Workforce Investment, Room C-4510, 200 Constitution Avenue, NW, Washington, DC 20210.

28.Use this section to provide additional supporting information (including section Box number). Include attachments, if necessary. / Utilice esta sección para proporcionar información adicional de apoyo; incluya el numero de la sección e incluya archivos adjuntos, si es necesario.

Criminal Background Check:

The company may conduct criminal background checks on all new applicants for employment. Seasonal Employees seeking rehire will not be required to submit a new background check. For purposes of this policy, "rehires" shall be defined consistently with IRCA's employment eligibility reverification requirements for former hires.

As a general rule, absent compelling circumstances, qualified applicants with criminal records will not be considered for employment if any of the following criteria are met:

1) The conviction was for a violent crime against one or more persons or property, (eg., battery, assault, lewdness, sexual battery, molestation, arson or criminal mischief);
2) The conviction was for any felony committed or which resulted in the applicant's incarceration at any time within the past 5 years (i.e., a crime which subjects the individual convicted to imprisonment for longer than a year); or
3) The conviction was for a crime committed or which resulted in the applicant's incarceration at any time within the past 5 years involving theft or disorderly conduct.

Employer has identified these limited categories of recent criminal convictions as those which raise an unnecessary risk of further criminal conduct and the potential of injury to co-workers due to the physical strenuous work being offered with communal temporary living quarters and daily transportation to and from the place of employment which is being provided.

For purposes of this policy, a plea of nolo contenderé to a disqualifying criminal record as described above shall be deemed to be a disqualifying event for employment purposes, irrespective of whether adjudication was withheld.

Employer will pay all fees associated with conducting a criminal background check on any applicants.

Verificacion de antecedentes penales:

La compañía podria conducir verificaciones penales a todos los nuevos solicitantes de empleo. No se requerirá que los Empleados temporarios que buscan ser contratados de nuevo presenten un archivo de antecedentes penales. Para objetivos de esta politico, los solicitantes que buscan ser contratados de nuevo serán definidos consecuentemente con los requisitos de nueva verificación de elegibilidad de empleo del IRCA para la antigua contratación

Como regla general ausencia de circunstancias convincentes, los solicitantes calificados con antecedentes penales no se considerarán para el empleo si algunos de los criterios siguientes se cumplen:

1. Si la condena fue por un delito violento contra una o más personas o propiedad, por ejemplo, agresión, asalto, lascivia, agresión sexual, abuso incendio o travesuras criminales:
2. La condena fue por cualquier delito cometido o que dio lugar a la encarcelación del solicitante en cualquier momento dentro de los últimos 5 años (es decir, un crimen que sujeta el individuo condenado a prisión por tan largo al año): o
3. La condena fue por un delito cometido o que dio lugar a la encarcelación del solicitante en cualquier momento dentro de los últimos 5 años que implica robo o conducta desordenada.

Empleador ha identificado estas categorías limitadas de las ultimas condenas penales como las que plantean un riesgo innecesario de otras conductas criminales y la posibilidad de lesiones a los compañeros de trabajo debido a la extenuante labor comunal que se ofrecen con las viviendas provisionales y transporte diario a y desde el lugar de trabajo que se proporciona.

**20 CFR 653.501**
**Assurances**

### INTRASTATE AND INTERSTATE CLEARANCE ORDER

The employer agrees to provide to workers referred through the clearance system the number of hours of work per week cited in Item 11 of the clearance order for the week beginning with the anticipated date of need, unless the employer has amended the date of need at least 10 working days prior to the original date of need by so notifying the Order-Holding Office (OHO). If the employer fails to notify the OHO at least 10 working days prior to the original date of need, the employer shall pay eligible workers referred through the intrastate/interstate clearance system the specified hourly rate or pay, or in the absence of a specified hourly rate or pay, the higher of the Federal or State minimum wage rate for the first week starting with the original anticipated date of need. The employer may require workers to perform alternative work if the guarantee is invoked and if such alternative work is stated on the job order.

The employer agrees that no extension of employment beyond the period of employment shown on the job order will relieve the employer from paying the wages already earned, or specified in the job order as a term of employment, providing transportation or paying transportation expenses to the worker's home.

The employer assures that all working conditions comply with applicable Federal and State minimum wage, child labor, social security, health and safety, farm labor contractor registration and other employment-related laws.

The employer agrees to expeditiously notify the OHO or State agency by telephone immediately upon learning that a crop is maturing earlier or later, or that weather conditions, over recruitment, or other factors have changed the terms and conditions of employment.

The employer, if acting as a farm labor contractor, has a valid farm labor contractor registration certificate.

The employer assures the availability of no cost or public housing which meets applicable Federal and State standards and which is sufficient to house the specified number of workers requested through the clearance system.

The employer also assures that outreach workers shall have reasonable access to the workers in the conduct of outreach activities pursuant to 20 CFR 653.107.

Employer's Name    Ray Ozuna                         Date: 02/12/2018

Employer's Signature _____

Besides the material terms and conditions of the employment, the employer must agree to these assurances if the job order is to be placed as part of the Agricultural Recruitment System. This assurance statement must be signed by the employer, and it must accompany the ETA Form 790.

# Pride Harvesting, LLC

144 Inman Street  Zucchini/Squash/Vegetables/Watermelon  04/15/2018- 07/04/2018
Sumner, GA 31789

839 Hogan Road  Zucchini/Squash/Vegetables/Watermelon  04/15/2018- 07/04/2018
Sumner, GA 31789

Ball Rd  Zucchini/Squash/Vegetables/Watermelon  04/15/2018- 07/04/2018
Pineview, GA 31071

Holland Wilson Rd.  Zucchini/Squash/Vegetables/Watermelon  04/15/2018-  07/04/2018
Abbeville, GA 31001

Co Rd 54  Zucchini/Squash/Vegetables/Watermelon  04/15/2018-  07/04/2018
Pineview, GA 31071

681 Abbeville Highway  Zucchini/Squash/Vegetables/Watermelon
Hawkinsville, GA 31036
04/13/2018 -  07/04/2018

# Pride Harvesting, LLC

Attachment #2

Farm # 1: Twisted Pine Plantation

1) 839 Hogan Road

Sumner, GA. 31789

2) 144 Inman Street

Ty Ty, GA. 31795

Farm # 2: GMG Farms LLC

1) Ball Rd; 32.1156493,-83.5125726

54 Min/52 Mi

2) Pulaski County; 32.2319138,-83.4686789

57 Min/61 Mi

3) Holland Wilson Rd; 32.0993800,-83.4357836

54 Min/56 Mi

4) Co Rd 54; 32.0896230,-83.5381535

47 Min/45 Mi

5) 144 Inman Street

Ty Ty, GA. 31795

6) 697 Twin Pine Road

Abbeville, GA. 31001

## *Coordinates for attachment #2 Maps*

# Pride Harvesting, LLC

Vegetables - Workers will perform assigned duties as instructed by their supervisor. Workers will harvest squash, zucchini, pickles, okra, bell pepper, eggplant, jalapenos, watermelon, butterbeans, peas and work in packing house. May be expected to participate in grading, sorting, loading, use of mechanical harvesting, cultivating and planting equipment. Duties may vary from time to time. Field picking and packing. May drive tractor. Three (3) months of experience on a commercial farm needed in field equipment operation. Shovel, haul, spread manure, dig holes, ditches and trenches. Manually plant, cultivate, harvest, count, load and unload vegetables (squash and zucchini) weed pulling in peanut, cotton, watermelon, peas, butterbeans, and green beans. Harvesting peas and watermelons. Running a butterbean grade line. Workers may also do staking and tying. Use hand tools such as shovels, trowels, hoes, tampers, pruning hooks, shears and knives. No cell phones usage during working hours. Cell phone can only be used during breaks and emergencies. Duties may include tilling soil, applying fertilizers, transplanting, raking, cleaning around shed area, thinning or pruning crops, applying pesticides, cleaning, grading, and packing harvested product. Lifting requirement 5-60lbs. May repair fences and farm buildings and participate in irrigation activities. Work in extreme conditions in outdoor agricultural fields (sun, wind, rain, soil, mud, dust, heat, cold, humid) while performing their job duties. Workers must be able to climb, stand, sit, stoop, squat, kneel, crouch, bend (from the waist), push, pull, reach and lift. Due to possible Date of Need changes, worker is required to purchase travel insurance if available. We will reimburse the worker for transportation cost (including travel insurance) and subsistence to the employer's work site from the place of recruitment upon completion of 50 percent of the contract period. Transportation payment will be no less (and is not required to be more) than the most economical and reasonable common carrier transportation charges for the distances involved. Criminal background check may be done by the employer. A copy of the work contract or a copy of the ETA 790 in lieu of a work contract, and any modifications, will be provided the worker on the day work commences or as soon as possible. If the employee is unable or unfit to perform the duties listed after the 14 day pretrial, the employee may receive warnings, hours may be reduced to the minimum allowed in the certified petition or may be terminated. At orientation, we will explain the "Overview of Warnings" and give workers a copy of this form.

# Pride Harvesting, LLC

Verduras: los trabajadores realizarán tareas asignadas según las instrucciones de su supervisor. Los trabajadores cosecharán calabazas, calabacines, encurtidos, quimbombó, pimientos, berenjenas, jalapeños, sandías, habas de mantequilla, guisantes y trabajarán en la empacadora. Se puede esperar que participe en la clasificación, clasificación, carga, uso de equipos mecánicos de cosecha, cultivo y plantación. Los deberes pueden variar de vez en cuando. Selección de campo y embalaje. Puede conducir el tractor. Tres (3) meses de experiencia en una granja comercial necesaria en la operación de equipos de campo. Traslape, arrastre, extienda estiércol, cavar hoyos, zanjas y zanjas. Plante, cultive, coseche, cuente, cargue y descargue hortalizas (calabaza y calabacín) plantando manualmente maní, algodón, sandía, arvejas, habas de mantequilla y judías verdes. Cosecha de guisantes y sandías. Corriendo una línea de grado de habas de mantequilla. Los trabajadores también van a estacar y atar. Usar herramientas de mano como palas, paletas, azadas, pisones, podaderas, cizallas y cuchillos. No se permite el uso de teléfonos celulares durante el horario laboral. El teléfono celular solo se puede usar durante descansos y emergencias. Los deberes pueden incluir labrar el suelo, aplicar fertilizantes, trasplantar, rastrillar, limpiar alrededor del área del cobertizo, adelgazar o podar los cultivos, aplicar pesticidas, limpiar, clasificar y embalar el producto cosechado. Puede reparar cercas y edificios de granjas y participar en actividades de irrigación. Trabajar en condiciones extremas en campos agrícolas al aire libre (sol, viento, lluvia, tierra, polvo, calor, frío, humedad) mientras realiza sus tareas laborales. Los trabajadores deben ser capaces de trepar, pararse, sentarse, agacharse, ponerse en cuclillas, arrodillarse, agacharse, doblarse (desde la cintura), empujar, tirar, alcanzar y levantar. Se requiere cargar de 5-60 lb. Debido a posibles cambios de Fecha de necesidad, el trabajador debe comprar un seguro de viaje si está disponible. Le reembolsaremos al trabajador los costos de transporte (incluido el seguro de viaje) y la subsistencia al lugar de trabajo del empleador desde el lugar de contratación al finalizar el 50 por ciento del período del contrato. El pago del transporte no será menor (y no se requiere que sea más) que los cargos de transporte de transporte común más económicos y razonables para las distancias involucradas.

Se proporcionará una copia del contrato de trabajo o una copia de la ETA 790 en lugar de un contrato de trabajo, y cualquier modificación, al trabajador el día que comience el trabajo o tan pronto como sea posible. Si el empleado no puede o no está capacitado para realizar las tareas enumeradas después de los 14 días del periodo de prueba, el empleado puede recibir advertencias, las horas pueden reducirse al mínimo permitido en la petición certificada o pueden terminar. La compañía podría conducir verificaciones de antecedentes penales. En la orientación, explicaremos la "Descripción general de las advertencias" y les proporcionaremos a los trabajadores una copia de este formulario.

Attachment #18

Workers - Will be paid a piece rate of $ 2.00 per box to pick and pack **squash and zucchini** In order to meet the production standards listed in this application a worker will pick and pack an average of 5.48 boxes per hour by the end of the probationary period.

Workers- Will be paid a piece rate of $3.00 per box to pick and pack **Jalapenos and pickles** in order to meet the production standards listed in this application a worker will pick and pack an average of 3.65 boxes per hour by the end of the probationary period.

Workers will be paid a piece rate of $1.50 per box to pick and pack **Okra, bell pepper and eggplant.** In order to meet the production standards listed in this application a worker will pick and pack an average of 7.29 boxes per hour by the end of the probationary period.

Workers will be paid a piece rate of $35.00 per bus to **cut watermelons.** In order to meet the production standards listed in the application a worker will pick and pack an average of 1.88 buses per hour by the end of the probationary period.

Workers will be paid a piece rate of $100.00 per bus to **load/unload and pack** watermelon. In order to meet the production standard listed in the application a worker will average 1.09 buses per hour by the end of the probationary period.

# Pride Harvesting, LLC

ETA 790 – ATTACHMENT-

## ATTACHMENT # 18

More details about the pay

The employer will provide worker referred through the interstate clearance system 35 hours of work for the week beginning with the anticipated date of need, unless the employer has amended the date of need by notifying the local Job Service office no later than 10 days before the date of need. **35 hrs. @ $ 10.95= $383.25**

Housing, tools, equipment needed for work, W/C Insurance is offered at no cost to worker. The employer will make the following deductions from the Worker's wages: FICA taxes and federal Income tax, and child support as required by law, deductions to recover advances, to collect for lost or damaged tools, equipment or housing (beyond normal wear and tear), deductions for transmittal to the worker's home or bank account or for a deduction voluntarily approved by the employee in writing. If a cash advance is given, the worker will be required to sign a "Cash Advance Recovery Form" that will show amount given and terms for paying back. If for any reason the worker leaves the job, the balance will be deducted from their final check. Any deduction not required by law will not be made that brings the worker's hourly earning below the Federal statutory minimum wage.

¾ Work Guarantee: The employer will guarantee to offer the worker employment for at least three-fourths of the total period during which the work contract and all extensions thereof are in effect, beginning with the first workday after the arrival of the worker at the place of employment and ending on the expiration date specified in the work contract or in its extension, if any. If the employer offers the worker during the total work contract period less employment than is required under this work guarantee, the employer shall pay such worker the amount, which the worker would have earned, had the worker, in fact, worked for the guaranteed number of hours. For purposes of this guarantee, a workday shall mean the number of hours in a workday, excluding the workers Sabbath and Federal Holidays. A worker may be offered more than the specified hours of work on a single workday, including the worker's Sabbath and federal holidays. In determining whether the guarantee of employment has been met, any hours which the worker fails to work during a workday when the worker is offered the opportunity to do so by the employer and hours of work performed shall be counted in calculating the employment guarantee.

The employer will report workers who, a) voluntarily abandon employment before the end of the contract period, or b) workers who are terminated for cause, to the Chicago National Processing Center, and H-2A workers to the Department of Homeland Security, in writing or other approved method, not later than two (2) days after the abandonment or termination occurs. Abandonment will be deemed to begin after a worker fails to report for work at the regularly scheduled time for five (5) consecutive working days without the consent of the employer. The employer will not be responsible for providing or

**ATTACHMENT # 18 continued**

paying for reported workers a) subsequent transportation and subsistence expenses, and b) the worker will not be entitled to the ¾ guarantee.

Accurate and adequate records will be kept, and authorized representatives of the Secretary of Labor, the worker and worker representatives will be given access to the records of the worker's earnings.

Pursuant to regulations at 20 CFR 655.120(a), To comply with it's obligation under Sec. 655.122(1) the employer will offer, advertise in its recruitment, and pay a wage that is the highest of the AEWR, the prevailing hourly wage or piece rate, the agreed-upon collective bargaining wage, or the Federal or State minimum wage, in effect at the time the work is performed, the employer must pay that higher prevailing wage or piece rate, upon notice to the employer by the Department., except where a special procedure is approved for an occupation or specific class of agricultural employment. (DOL publishes new AEWR rates yearly. We reserve the right to adjust our job order to the new published rate regardless if rate increases or decreases.)

Pursuant to regulations at 20 CFR 655.122(o), if before the expiration date specified in the work contract, the services of the worker are no longer required for reasons beyond the control of the employer due to fire, weather, or other Act of God that makes the fulfillment of the contract impossible, the employer may terminate the work contract. Whether such an event constitutes a contract impossibility will be determined by the CO. In the even of such termination of a contract, the employer will fulfill a three-fourths guarantee for the time that has elapsed from the start of the work contract to the time of its termination, as described in paragraph (i)(1) for this section. The employer will make efforts to transfer the worker to other comparable employment acceptable to the worker, consistent with existing immigration law, as applicable. If such transfer is not affected, the employer must: (1) Return the worker, at the employers expenses, to the place from which the worker (disregarding intervening employment) came to work for the employer, or transport the worker to the workers next certified H-2A employer, whichever the worker prefers; (2) Reimburse the worker the full amount of any deductions made from the workers pay by the employer for transportation and subsistence expenses to the place of employment; and (3) Pay the worker for any costs incurred by the worker for transportation and daily subsistence to that employers place of employment. Daily subsistence will be computed as set forth in 20CFR 655.122(h)(1). The amount of the transportation payment will not be less (and is not required to be more) than the most economical and reasonable common carrier transportation charges for the distances involved.

Employer gives its assurance that they will follow all of the assurances and obligations set fort in 20 CFR 655.135

Pursuant to regulations at 20 CFR sec. 655.135(d)(f) From the time the foreign workers depart for the employer's place of employment, we will provide employment to any qualified, eligible

# Pride Harvesting, LLC

ETA 790 -- Attachment --
ATTACHMENT # 18

U.S. worker who applies to the employer until 50 percent of the period of the work contract has elapsed. Start of the work contract timeline is calculated from

the first date of need stated on the Application for Temporary Employment Certification, under which the foreign worker who is in the job was hired.

The work guarantee will also be void from the beginning should the worker abandon or quit this employment before the end of the contract period or in the event the worker is terminated for lawful job related reasons. The employer will not be liable for payment of the work guarantee with respect to an H2A worker whom the Regional Administrator certifies is displaced because of the employer's compliance with the 50 percent rule.

Each worker will be provided an Hours and Earnings Statement with their weekly check that meets the requirements of Federal and State requirements.

The employer will furnish to the worker on or before each payday an Hours & Earnings Statement showing the following information:

1. Total earning for the pay period
2. Hourly rate and/or piece rate of pay
3. Hours offered to worker -- separate from any hours offered over and above guarantee
4. Hours actually worked
5. Itemization of all deductions
6. Piece rate if used and units produced daily
7. Beginning and ending date of pay period
8. Employers name, address and FEIN

# Pride Harvesting, LLC

Mas detalles sobre el pago:

El empleador proporcionará al trabajador, contemplado por el Sistema Interestatal, 35 horas de trabajo para el inicio de semana con la fecha esperada de la necesidad, al menos que el empleador halla modificado la fecha de la necesidad y notificado a la oficina local del servicio de empleo no más tarde de 10 días antes de la fecha de necesidad. **35 Horas @ $10.95= $383.25**

Vivienda, herramientas, equipo necesario para el trabajo, W/C seguro se ofrece sin costo alguno al trabajador. El empleador le hará las siguientes deducciones del salario del trabajador: Impuestos FICA e impuesto federal, manutencion de menores según lo requerido por la ley, deducciones para recuperar los anticipos monetarios, para recolectar por pérdida o daño de herramientas, equipo o vivienda (más allá del desgaste normal) deducciones por transmisión al hogar del trabajador o cuenta bancaria o por deducción voluntaria aprobado por el empleado por escrito. Si se da el adelanto de efectivo, el trabajador deberá firmar una "Forma de recuperación de anticipo de efectivo", que muestra la cantidad y términos para pagar. Si por alguna razon el trabajador abandona el trabajo, el balance sera deducido de su liquidacion final. Cualquier deducción no requerido por la ley no se hará cuando el salario del trabajador este por debajo del salario mínimo legal Federal.

Se garantiza ¾ de trabajo: El empleador garantiza ofrecer trabajo a los empleados por al menos tres cuartas partes del período total durante el cual el contrato de trabajo y todas las extensiones se efectuen, a partir del primer dia de trabajo, después de la llegada del trabajador al lugar de empleo y terminando en la fecha de vencimiento especificada en el contrato de trabajo o en su extensión, si hay alguna. Si el empleador ofrece al trabajador durante el período de contrato de trabajo total menos empleo que se requiere bajo esta garantía de trabajo, el empleador tendra que pagar al trabajador la cantidad que habria ganado, si el trabajador de hecho, trabajo las horas que fueron garantizadas. A efectos de esta garantía, una jornada de trabajo entenderá el número de horas en un día laborable, excepto los dias festivos religiosos de los trabajadores y días feriados federales. Al trabajador se le puede ofrecer que trabaje un poco mas de las horas de un día laboral, incluyendo algun día festivo religioso o dias feriados federales. Para determinar si la garantia de empleo se a cumplido, las horas que el trabajador deja de trabajar en dia laboral, cuando al trabajador se le ofrezca la oportunidad por el empleador y las horas de trabajo acompletadas seran contadas en el calculo de la garantia de empleo.

El empleador hara un informe sobre los trabajadores que abandonen el trabajo voluntariamente antes del fin del periodo del contrato. b) trabajadores que son terminados por causa, de el centro de procesamiento Nacional de Chicago, trabajadores H-2A al Departamento de seguridad nacional, por escrito o algun metodo aprobado, a mas tardar 2 dias despues del abandono de trabajo o por terminacion. Se considerará abandono después de que un empleado no trabajo en el horario habitual por 5 dias consecutivos sin consentimiento del empleador. El empleador no sera responsable de proveer o pagar por empleados que an sido reportados a) transportacion y gastos de subsistencia, y b) el empleado no tendra derecho a la garantia de los ¾.

## Pride Harvesting, LLC

Se mantendrá registros precisos y adecuados para que representantes autorizados de la Secretaria de trabajo, los trabajadores y representantes de los trabajadores tengan acceso a los registros de los ingresos del trabajador.

Conforme al Reglamento 20 CFR 655.120 (a), Para cumplir con su obligación. Sec. 655.122 (1) el empleador ofrece, anunciar en su contratación y pagar un salario que es el más alto de la AEWR, la tarifa por hora vigente o del salario por pieza, el salario convenido en la negociación colectiva, o el mínimo Federal o estatal, en efecto en el momento se realiza el trabajo, el empleador debe pagar el mayor salario prevaleciente o tipo de pieza, Sobre aviso al empleador por el Departamento., excepto donde se aprobó un procedimiento especial para una ocupación o clase específica de empleo agrícola. (DOL publica nuevas tasas del AEWR anuales. Nos reservamos el derecho de ajustar nuestra orden de trabajo a la nueva tarifa publicada sin importar si la tasa aumenta o disminuye).

Conforme al Reglamento 20 CFR 655.122 (o), Si antes de la fecha de caducidad indicada en el contrato de trabajo, ya no son necesarios por razones fuera del control del empleador debido a incendio, tiempo u otro acto de Dios que hace imposible el cumplimiento del contrato los servicios del trabajador, el empleador podrá rescindir el contrato de trabajo. Si un evento constituye una imposibilidad de contrato se determinará por el CO. En caso de terminación del contrato, la voluntad de cumplir con una garantía de tres cuartas partes por el tiempo que ha transcurrido desde el inicio del contrato de trabajo a la hora de su terminación, como se describe en el párrafo ( i ) (1) de esta sección. El empleador hará esfuerzos para transferir al trabajador a otros empleos comparables aceptable para el trabajador, consistent with existing immigration law, as applicable. Si dicha transferencia no se ve afectada, el empleador debe: (1) regresar al trabajador, de donde vino para trabajar, a expensas del empleador (sin tener en cuenta que empleo), o transportar al trabajador al proximo empleador empleador certificado de H-2A, cualquiera que sea el trabajador prefiera: (2) Reembolsar al trabajador el importe total de las deducciones hechas de la paga de los trabajadores por el empleador para el transporte y gastos de subsistencia al lugar de empleo; y (3)Pagar al trabajador por cualquier gasto incurrido por el trabajador, como transportacion y gastos de subsistencia diaria para llegar al lugar del empleador. Subsistencia diaria sera computada como se establece en 20 CFR 655.122 (h) (1). La cantidad del pago de transporte no será menor (y no es necesario ser más) que los gastos de transporte más económico y razonable portador común para las distancias involucradas.

# Pride Harvesting, LLC

Empleador da su garantía de que seguirán todas las garantías y las obligaciones se establecen en 20 CFR 655.135

Conforme al Reglamento 20 CFR sec. 655. 135 (d) (f) Desde la que salen de los trabajadores extranjeros para el lugar de los patrones de empleo, ofrecemos empleo al que este calificado y sea elegible.

Trabajador de Estados Unidos que aplica al empleador hasta que haya transcurrido el 50% del período del contrato de trabajo. Inicio de la línea de tiempo de contrato de trabajo se calcula a partir de la primera fecha de necesidad en la solicitud de trabajo temporal certificado, bajo las cuales fue contratado el trabajador extranjero que en el trabajo de trabajo temporal.

La garantía de trabajo también será nula desde el principio si el trabajador abandonar o dejar este empleo antes de final del periodo de contratación o en el evento que el trabajador se termina por razones legales relacionadas con el trabajo. El empleador no será responsable por el pago de la garantía de trabajo con respecto a un trabajador de H2A que el Administrador Regional certifica aparece debido a la conformidad del empleador con la regla del 50 por ciento.

A cada trabajador se le proporcionará una declaración con sus horas e ingresos junto con su cheque semanal, que cumpla con los requisitos de los requisitos federales y estatales.

El empleador proporcionará al trabajador una forma antes o el día de pago; una declaración de horas e ingresos, mostrando la siguiente información:

1. Total de ingresos para el período de pago
2. Tarifa por hora o tarifa de pago por pieza
3. Horas ofrecieron al trabajador separado de cualquier horas ofrecidos por encima de la garantía
4. Horas efectivamente trabajadas
5. Detalle de todas las deducciones
6. Pago por pieza en caso de usar este metodo y unidades producidas diariamente
7. Principio y final de la fecha del período de pago.
8. Nombre del empleador, direccion, y Número de identificación patronal federal

Other Conditions of Employment:

a.        Termination:  Employer may terminate the worker with notification to the Job Service local office if the worker: (a) refuses without justified cause to perform work for which the worker was recruited and hired or refuses to follow housing rules; (b) commits serious acts of misconduct; (c) malingers or otherwise refuses to work in accordance with directions or is otherwise obviously unqualified to perform the job; (d) is physically able but does not demonstrate the willingness to perform the work necessary or is unable to perform at the same level of production as other workers performing the same task; (e) If the employee is unable or unfit to perform the job duties listed  after the 14 day pretrial,  the employee will receive warnings, hours may be reduced to the minimum allowed in the certified petition, or may be terminated.  (f) or other job-related reasons.  Five consecutive working days of unexcused absence will be considered reason for termination.

b.        The employer will report workers who: (a) voluntarily abandon employment before the end of the contract period (b) workers who are terminated for cause (c) workers who abandon employment for any reason or (d) complete their contract to the Chicago National Processing Center, Department of Homeland Security in writing or other approved method, not later than two (2) days after the abandonment or termination occurs.  Abandonment will be deemed to begin after a worker fails to report for work at the regularly scheduled time for five (5) consecutive days without the consent of the employer.  The employer will not be responsible for providing or paying for (a) subsequent transportation and subsistence expenses and (b) the worker will not be entitled to the ¾ guarantee unless the worker has completed the contract period or was terminated without cause.

c.        Employer will provide the tools necessary to perform the described job duties without charge to the worker.  The employer will charge the worker for reasonable costs related to the worker's refusal or negligent failure to return the tools or due to such worker's willful damage or destruction of the tools.

d.        The employer will provide worker referred through the interstate clearance system 35 hours of work for the week beginning with the anticipated date of need, unless the employer has amended the date of need by notifying the local Job Service office no later than 10 days before the date of need.  If the employer fails to notify the order holding office, then the employer shall pay an eligible worker referred through the clearance system **$10.95** per hour for the first 35 hours started with the originally anticipated date of need.  The employer will require worker to perform alternative work (General Farm Maintenance and duties) if the guarantee cited in this section is invoked.  If worker referred fails to notify the order-holding office of continued interest in the job at least 5 days before date of need, worker will be disqualified from the above mentioned assurance.

**Pride Harvesting, LLC**

Otras Condiciones de Trabajo:

a.      Terminación: El empleador podrá despedir el trabajador con la notificación a la oficina del Servicio de Empleo local, si el trabajador: (a) se niega sin causa justificada para realizar un trabajo para el que fue contratado el trabajador y el empleado o se niega a seguir las reglas de la vivienda, (b) comete actos graves de mala conducta; (c) simulación, o de lo contrario se niega a trabajar de acuerdo con las instrucciones o de otra manera, obviamente, no calificado para realizar el trabajo, (d) tiene la capacidad física, pero no demuestra la voluntad de realizar el trabajo necesario o no es capaz de actuar en el mismo nivel de producción que los demás trabajadores haciendo el mismo trabajo; (e) Si el empleado es incapaz o no aptos para realizar el trabajo depues de 14 días se le entregaran advetencias (Reporte) sus horas seran reducidas al minimo permitido en el Certificado de Peticion or terminar. (f) o por otras razones relacionadas con el trabajo. Cinco días de trabajo consecutivos de unexcused ausencia será considerada razón para la terminación.

b.      El empleador reportará a los trabajadores que: (a) voluntariamente abandone el empleo antes del final del período del contrato (b) los trabajadores que son despedidos por causa (c) los trabajadores que abandonan el empleo por cualquier razón o (d) completar su contrato con el  Centro Procesión Nacional de Chicago, Departamento de Seguridad Nacional en el escrito o cualquier otro método aprobado, a más tardar dos días (2) después del abandono o la terminación ocurre. El abandono se considerará que comienza después de que un trabajador no se presenta para el trabajo en el horario regular de cinco (5) días consecutivos sin el consentimiento del empleador. El empleador no será responsable de proveer o pagar por trabajadores reportaron (a) transporte subsiguiente y gastos de subsistencia y (b) el trabajador no tendrá derecho a la garantía de ¾.

c.      Empleador le proporcionará las herramientas necesarias para llevar a cabo las obligaciones del trabajo descrito sin costo alguno para el trabajador. El empleador le cobrara al trabajador los costos razonables en relación con rechazando o fallada negligente a regresar las herramientas o debido a los daños intencionales o la destrucción de las herramientas.

d.      El empleador le proporcionará a los trabajadores referidos a través del sistema de compensación interestatal 35 horas de trabajo para la semana que comienza con la fecha prevista de necesidad, a menos que el empleador ha modificado la fecha de la necesidad de notificar a la oficina de empleo de servicio locales a más tardar 10 días antes de la fecha de la necesidad. Si el empleador no notifica a la oficina de mantener, el empleador debe pagar a un trabajador elegible derecho a la ayuda a través del sistema de despacho a  $ 10.95 por hora durante las primeras 35 horas se inició con la fecha inicialmente prevista de la necesidad. El empleador exigirá de los trabajadores para llevar a cabo un trabajo alternativo si la citada garantía se invoca. Si el trabajador no se refiere a notificar a la oficina de orden de retención de continuo interés en el trabajo de al menos 5 días antes de la fecha de necesidad, el trabajador será descalificado de lo que se mencionó.

# Pride Harvesting, LLC

Employer of Record

## _Reglas de vivienda:_

- Respetar la proporcionó vivienda! Cuartos Vivos debe ser mantenido limpio y en buen estado de reparación, habida cuenta del uso y el desgaste razonable. Mantener la cocina limpia para evitar atraer roedores, insectos u otras condiciones insalubres. Los trabajadores deben cooperar unos con otros para mantener limpia la cocina, el baño, y las zonas de estar y reportar cualquier problema al empleador.
- Tirar basura sobre una base diaria para prevenir el mal olor en la casa! Todos los desechos (basura) tanto en el interior como en el exterior deben colocarse en contenedores de basura o basura dumpsters. No quitar las tapas de las latas de basura!
- Mantenga todos los huevos y la carne dentro de la nevera!
- Los trabajadores no podrán cocinar en las habitaciones para dormir o cualquier otro producto no-cocina.
- No cocine las tortillas directamente en la parte superior de la estufa Utilice una sartén.
- No retire las baterías de los detectores de humo.
- rubor retrete después de cada uso. Enjuagar el papel higiénico - No coloque en el bote de basura!
- literas no pueden separarse! Espacio en los dormitorios es necesaria para todos los ocupantes. No coloque los colchones en el suelo!
- No puede entretener a los invitados en vivienda locales después de las 10:00 pm. Los huéspedes podrán permanecer más tiempo en la noche del sábado, pero se necesitará permiso del empleador. El empleador se reserva el derecho de excluir a cualquier persona(s) de visitar los locales de vivienda.
- Los trabajadores no podrán entablar indecentes, inmorales o conducta ilegal en los locales del empleador, incluyendo pero no limitado a la contratación de las prostitutas.
- personas no empleadas por esta empresa no se le permitía permanecer en la unidad de vivienda. Ninguna de las personas, sean trabajadores asignados a una habitación pueden dormir en cualquier habitación en cualquier momento. Durante la noche los huéspedes no están permitidos.
- Estar atento a las necesidades de sus vecinos, así como los co-trabajadores. Sin fuertes partidos o a la noche. No hay música fuerte.
- Las drogas ilegales no pueden ser utilizados o guarda en cualquier empleador locales, incluida la vivienda y/o facilitado medios de transporte.
- El consumo excesivo de alcohol no está permitido. El empleador tiene el derecho de imponer "sin alcohol".
- no fumar en el interior de la vivienda. Sólo está permitido fumar en las áreas designadas fuera.
- No se permiten mascotas en proporcionó vivienda.
- Saber dónde se encuentra el extinguidor de incendios. No descargue el extintor innecesariamente. Nunca retire el extintor de incendios de los locales. El empleador notificará si el extintor está utilizado.
- notificar inmediatamente a empleador de cualquier reparación necesaria para su unidad de vivienda. Los trabajadores son responsables de todos los daños a la vivienda, excepto por el desgaste normal. Los daños que los trabajadores serán responsables de incluyen, pero no están limitados a: dañado las pantallas de ventanas y puertas, ventanas rotas, muebles rotos, faltan muebles o electrodomésticos, puertas rotas, ropa de cama, faltan los extintores de incendios, detectores de humo y falta de baterías, botes de basura y/o basura tapas, etc.
- Cualquier trabajador que amenaza físicamente a nadie con la herramienta, arma o contacto personal estará sujeto a la terminación inmediata. Los trabajadores serán terminados por los combates.
- Los trabajadores será terminado por robar.
- Los trabajadores no podrán publicar o retirar cualquier tipo de avisos, letreros, u otras instrucciones de tablones de anuncios, del empleador o del empleador de propiedad sin autoridad específica del empleador.
- Recuerde mantener y lavar su ropa de trabajo separada de su ropa habitual.
- Unidad de vivienda puede ser inspeccionado en cualquier momento por el empleador o el inspector del empleador para ayudar a asegurar que se mantengan en buenas condiciones sanitarias.
- Ver publicación en viviendas para reglas de vivienda y la información de contacto del empleador.

# Pride Harvesting, LLC

Employer of Record

**_Housing Rules:_**

- Respect the provided housing! Living quarters must be kept clean and in good repair, given reasonable wear and tear. Keep kitchens clean to avoid attracting rodents, insects or other unhealthful conditions. Workers must cooperate with each other to maintain clean kitchen, bathroom, and living areas and report any problems to employer.
- Throw out trash on a daily basis to prevent odor in the house! All trash (garbage) both inside and outside must be placed in trash cans or trash dumpsters. Do not remove lids from trash cans!
- Keep all eggs and meat inside of Refrigerator!
- Workers may not cook in sleeping rooms or any other non-kitchen area.
- Do NOT cook tortillas directly on stove top! Please use a cooking pan.
- Do NOT remove batteries from smoke detectors.
- Flush toilet after each use. Flush toilet paper – DO NOT PUT IN TRASH CAN!
- Bunk beds may not be separated! Floor space in sleeping rooms is needed by all occupants. Do NOT put mattresses on floor!
- You may NOT entertain guests on housing premises after 10:00 pm. Guests may be able to stay longer on Saturday night, but permission will be needed from employer. The employer reserves the right to exclude any person(s) from visiting housing premises.
- Workers may not engage in indecent, immoral or illegal conduct on employer's premises, including but not limited to engagement of prostitutes.
- Persons not employed by this company are not allowed to stay at the housing unit. No persons, other than workers assigned to a room may sleep in any room at any time. NO OVERNIGHT GUESTS ARE ALLOWED.
- Be considerate of your neighbors, as well as, your co-workers. No loud or late night parties. No loud music.
- Illegal drugs may NOT be used or kept on any employer premises, including housing and/or provided transportation.
- Excessive consumption of alcohol is NOT allowed. The employer has the right to enforce "NO ALCOHOL AT ALL".
- NO smoking inside of housing! Smoking is allowed ONLY in designated areas outside.
- Pets are not allowed in provided housing.
- Know where your fire extinguisher is located. Do not discharge fire extinguisher unnecessarily. Never remove the fire extinguisher from the premises. Notify employer if extinguisher is used.
- Immediately notify employer of any repairs needed to your housing unit. Workers are responsible for all damages to housing except normal wear and tear. Damages that workers will be responsible for include, but are not limited to: damaged window and door screens, broken windows, broken furniture, missing furniture or appliances, broken doors, bedding, missing fire extinguishers, missing smoke detectors and batteries, garbage cans and/or garbage can lids, etc.
- Any worker who physically threatens anyone with tool, weapon or personal contact will be subject to immediate termination. Workers will be terminated for fighting.
- Workers will be terminated for stealing.
- Workers may not post or remove any notices, signs, or other instructions from employer's bulletin boards, or employer's property without specific authority from employer.
- Remember to keep and wash your work clothes separate from your regular clothes.
- Housing unit may be inspected at any time by employer or employer's inspector to help insure that it is kept in good sanitary condition.
- See posting in housing for Housing Rules and Employer Contact information.